# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-20-00546-CR
NO. 03-20-00547-CR
NO. 03-20-00548-CR

**Ex parte Edward Johnson**

**FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY,
NOS. D-1-DC-18-301601, D-1-DC-18-301598, D-1-DC-18-204338
THE HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Edward Johnson has filed a notice of appeal complaining of various pretrial issues. The trial court has filed a Certification of Defendant's Right of Appeal, stating, "This is a pending case. No motions or rulings have been made for which the defendant is able to appeal from. The case is currently on the jury trial docket and is pending trial." We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Jurisdiction

Filed: January 12, 2021

Do Not Publish